IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEREMIAH HILL,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

Case No. 5D23-136
LT Case No. 16-2015-CF-5360

Opinion filed February 24, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Jeremiah Hill, Century, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Christina Piotrowski,
Assistant Attorney General, Tallahassee,
for Respondent.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and treated as the notice of appeal from the June

3, 2016 judgment and sentence rendered in Case No. 16-2015-CF-5360, in

the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, JAY and HARRIS, JJ., concur.